NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TAMRA LEASURE, DOC #T73226,       )
                                  )
            Appellant,            )
                                  )
v.                                )          Case No. 2D17-921
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____  )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Tamra Leasure, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.